A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

JANE Z. CAO, ET AL,

      Plaintiffs,

                                    HON. ROBERT HOLMES BELL
                                    U.S. DISTRICT COURT JUDGE

v

U.S. SECRET SERVICE, ET AL,               CASE NO. 1:03 CV 0289

      Defendants.

_____/

Jane Z. Cao, Pro Per
7192 Bridlewood Circle
Portage, MI  49024
(269) 321-0084

Patrick A. Aseltyne (P23293)
Jason D. Kolkema (P55936)
JOHNSON, ROSATI, LABARGE, ASELTYNE & FIELD, P.C.
Attorneys for Defs. KALAMAZOO COUNTY
 SHERIFF'S DEPT., JOHNSON, JAKO, GREGART
 and KLEIN
303 S. Waverly Road
Lansing, MI  48917
(517) 886-3800

William Vogelzang, Jr. (P29231)
KLUCZYNSKI, GRITZ & VOGELZANG
Attorneys for CARLSON and DAWSON
648 Monroe, N.W., Ste. 400
Grand Rapids, MI  49503
(616) 459-0556

Mark E. Donnelly (P39281)
MICHIGAN DEPT. OF ATTORNEY GENERAL,
 PUBLIC EMPLOYMENT, ELECTIONS & TORT DEFENSE DIVISION
Attorneys for SMITH, ERICKSON and HAIN
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C
3939 M-72 EAST    WILLIAMSBURG, MI 49690    TELEPHONE (231) 938.2888    TELEFAX (231) 938-2988

Allan C. VanderLaan (P33893)
Bradley D. Wierda (P63811)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Def. PORTAGE POLICE DEPT., BOGEMA,
 KOZMINSKE, BURKE and BARKLEY
2851 Charlevoix Drive, S.E., Ste. 327
Grand Rapids, MI  49546
(616) 975-7470

_____/

## AFFIDAVIT OF MICHELE KOZMINSKE

STATE OF MICHIGAN )
) ss.
COUNTY OF )

NOW COMES MICHELE KOZMINSKE, who being duly sworn upon her oath, deposes and says as follows:

1.     That I am fully competent to give testimony under oath in the above-captioned matter, and that all of the matter hereinafter set forth is based upon my personal knowledge.

2.     I am a Detective with the Portage Police Department.

3.     That on May 2, 2001, I was advised to proceed to Amberly Elementary School to assist FIA employees with a complaint for alleged sexual abuse.

4.     That as I and the FIA employees started to remove the children, Mr. Cao became enraged and started striking the walls and yelling and took the infant away from of a FIA worker.

5.     Mrs. Cao took the four children upstairs where she stayed for the remainder of the encounter and the doors of the home were locked.

6.     I observed Mrs. Cao closing the windows and shades in the upstairs bedroom.

7.     Sergeant Bogema and Officer Burke gave repeated orders to Mr. Cao to open the door, but he refused to do so.

2

8.    Fearing for the safety of the children, I determined that forced entry should be made into the home.

9.    My fear for the safety of the children was based on numerous factors including: Mr. Cao forcing the FIA employees and police from the home and locking the doors; Mr. Cao's forceful resistance of the court order to remove the children and irrational and aggressive behavior; the fact that he had just been informed that he was accused of sexually abusing his children and that the children were to be removed from his home; and the fact that Mr. Cao was moving in and out of view and Mrs. Cao had been seen closing the windows and window shades.

Further, your Affiant sayeth not.

Michelle Kozminski

Subscribed and sworn to before me
this 12 day of August , 2003

Marcia M. Johnson
, Notary Public
County, Michigan
My Commission Expires:

MARCIA M. JOHNSON
Notary Public, Kalamazoo Co., MI
My Commission Expires Oct. 9, 2003

/home/sys/data/wpdata/portage police department/pleadings/Affidavit Kozminski

3