# B

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JANE Z. CAO, ET AL,

    Plaintiffs,                        HON. ROBERT HOLMES BELL
                                       U.S. DISTRICT COURT JUDGE

v

U.S. SECRET SERVICE, ET AL,       CASE NO. 1:03 CV 0289

    Defendants.

_____/

Jane Z. Cao, Pro Per
7192 Bridlewood Circle
Portage, MI 49024
(269) 321-0084

Patrick A. Aseltyne (P23293)
Jason D. Kolkema (P55936)
JOHNSON, ROSATI, LABARGE, ASELTYNE & FIELD, P.C.
Attorneys for Defs. KALAMAZOO COUNTY
 SHERIFF'S DEPT., JOHNSON, JAKO, GREGART
 and KLEIN
303 S. Waverly Road
Lansing, MI 48917
(517) 886-3800

Allan C. VanderLaan (P33893)
Bradley D. Wierda (P63811)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Def. PORTAGE POLICE DEPT., BOGEMA,
 KOZMINSKI, BURKE and BARKLEY
2851 Charlevoix Drive, S.E., Ste. 327
Grand Rapids, MI 49546
(616) 975-7470

_____/

## AFFIDAVIT OF GREGORY BURKE

STATE OF MICHIGAN        )
                               ) ss.
COUNTY OF               )

AUG - 8 2003

NOW COMES GREGORY BURKE, who being duly sworn upon his oath, deposes and says as follows:

1. That I am fully competent to give testimony under oath in the above-captioned matter, and that all of the matter hereinafter set forth is based upon my personal knowledge.

2. I am an Officer with the Portage Police Department.

3. That on May 2, 2001, Sergeant Bogema and I responded to the scene to assist Detective Kozminski and FIA employees.

4. I broke a glass door and entered the home and as I did so, Mr. Cao confronted me with a gun and shot at me several times.

5. I began to retreat from the home and was shot three times.

6. Sergeant Bogema and I returned fire and shot Mr. Cao.

Further, your Affiant sayeth not.

_____
Gregory Burke

Subscribed and sworn to before me
this 5 day of August, 2003

_____
Cynthia D. Black, Notary Public
Kalamazoo County, Michigan
My Commission Expires: 11.29.04

/home/sys/data/wpdata/portage policy dept/pleadings/Affidavit 4 Burkei

2