# 2

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE Z. CAO,
as Personal Representative of the Estate of
XIANQING CAO, deceased; and
JANE Z. CAO, in her individual,

      *Plaintiffs,*

v.

U.S. SECRET SERVICE,
et al.,

      *Defendants.*

Case No. 1:03-CV-289

Honorable Robert Holmes Bell

Jane Z. Cao
Plaintiffs in Pro Se
7192 Bridlewood Circle
Portage, MI 49024
(269) 321-0084

Allan C. Vander Laan (P33893)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendants Portage Police Department,
Jack Bogema, Michelle Kosminski, Gregory Burke,
and Matthew Scott Barkley
2851 Charlevoix Drive, S.E., Suite 327
Grand Rapids, MI 49546
(616) 975-7470

William Vogelzang, Jr. (P29231)
Robert F. Mirque, Jr. (P47391)
Kluczynski, Girtz & Vogelzang
Attorneys for Defendants Cheryl Carlson and Beth Dawson
648 Monroe, N.W., Suite 400
Grand Rapids, MI 49503
(616) 459-0556

Patrick A. Aseltyne (P23293)
Jason D. Kolkema (P55936)
Johnson, Rosati, LaBarge, Aseltyne & Field, P.C.
Attorneys for Defendants Kalamazoo Sheriff's Department, Marty Johnson, Ken Jako, James Gregart, and Carrie Klein
303 S. Waverly Road
Lansing, MI 48917
(517) 886-3800

Mark E. Donnelly (P39281)
Michigan Department of Attorney General,
    Public Employment, Elections & Tort
    Defense Division
Attorney for Defendants Kalamazoo County FIA, Don Smith, Nicole Erickson, and Heather Hain
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

## SHAM AFFIDAVIT of the PLAINTIFFS

EXHIBIT #2

1

NOW COMES JANE Z. CAO, who being duly sworn upon her oath, deposes and says as follows:

1. That I am fully competent to give testimony under oath in the above-captioned matter, and that all of the matter herein after set forth is based upon my personal knowledge, facts, factual information, and in good faith.

2. Portage police detective MICHELLE KOZMINSKE filed in court her affidavit "AFFIDAVIT OF KOZMINSKE" dated August 12, 2003 as "EXHIBIT A" for the "DEFENDANTS, PORTAGE POLICE DEPARTMENT, JACK BOGEMA, MICHELLE KOSMINSKE, GREGORY BURKE AND MATTHEW SCOTT BARKLEY'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT" dated August 20, 2003.

3. In her "AFFIDAVIT OF KOZMINSKE", KOZMINSKE gave the following statement:

    "… …; and the fact that Mr. Cao was moving in and out of view … …"

4. This statement in "AFFIDAVIT OF KOZMINSKE" contradicts clear written statement given by the same KOZMINSKE previously documented in the **Kalamazoo County Sheriff's Department Complaint Report Complaint # 01-10035** filed as **Exhibit #1** in court on August 4, 2003.

5. In the "STATEMENT OF MICHELLE KOZMINSKI" in Exhibit #1, page 4, KOZMINSKE gave the following statement:

    "… … OFC BURKE, SGT BOGEMA and I gathered in the backyard where we could look into the back slider and by that point, <u>observed CAO on the phone</u>. … … <u>CAO stayed on his phone within view of us</u>. He refused to acknowledge our repeated orders both verbal and knocking on the door. I believed that <u>if</u> he was no longer in our sight, the risk to the children was increased. I felt they were at risk, not only by CAO's behavior but also their mother's failure to acknowledge that the assaults occurred. <u>The mother and children were not in our sight</u>. I decided that losing sight of CAO increased the life threat to his children and wife. Further, I felt the probability of successful negotiation was slim and time was crucial. I made the determination that the best course of action was to break out the glass from the slider and secure CAO as quickly as possible. I had OFC BURKE attempt to break out the glass. … …"

6. Portage police officer GREGORY BURKE stated in his statement "STATEMENT OF GREGORY BURKE, 5/4/01" in Exhibit #1, page 1 (also refer to the plaintiffs' complaint #338, page 63):

    "… … I looked back through the sliding glass window and observed an Oriental/Male, approximately 30 years old, standing at the kitchen counter with his back towards me. He was facing in an easterly direction towards the front of the residence. <u>I noted that he appeared to be speaking on the phone to someone at that time</u>. I continued

to observe the subject, looking for weapons and body language.  <u>I observed no weapons in his hands</u> or in the immediate area, … …"

7. Xianqing Cao was on the phone during the **<u>entire period of less that 6 minutes</u>** that was from OFFICER BOGEMA and OFFICER BURGE approaching at the CAO premises at 7192 Bridlewood at 5:59 PM to the gunshot execution of Xianqing Cao at 6:05 PM.  Please refer to Exhibit #1 and the plaintiffs' complaint #334, #345, & #331:

   "334.  The Kalamazoo County Sheriff's Department Complaint Report Complaint # 01-10035 recorded the account of the Radio Traffic that was broadcast over the Portage frequency:

   "5:59pm – Sgt. Bogema asked 'Is that severty-one ninety two?', reply 'Affirmative'. His response 'I think I'm twenty six'.

   6:00pm – 303 dispatch **26**." "

   "345.  At 6:05 PM, gunshots were fired.  Deputy James Dunlop of Kalamazoo County Sheriff's Department stated in his report included in the Kalamazoo County Sheriff's Department Complaint Report Complaint # 01-10035:

   "On May 2, 2001 at approximately 1805 hours I was on routing patrol on the west side of Kalamazoo, specially in Oshtemo Township.  I was monitoring traffic from the Portage Police Department when I heard what was believed to be radio transmission indicating that there were shots fired involving the Portage Police Department." "

   "331.  The Cao family telephone record showed that Xianqing Cao's phone was connected to China at his sister's phone number starting 5:58 PM, and the phone was disconnected at 6:10 PM: "

3

Case 1:03-cv-00289-RHB-JGS    ECF No. 43-2, PageID.611    Filed 09/09/03    Page 5 of 6

AT&T Online Customer Service 

**AT&T One Rate® International Plan calls**
International calls
Direct dialed calls

|   | Date | Number called | Where | Time | Rate | Type | Min | Amount after savings |
|---|------|---------------|-------|------|------|------|-----|----------------------|
| 3 | Apr 10 | 868322114823 | China | 12:42pm | econ | direct | 45 | 14.40 |
| 4 | Apr 17 | 868322103935 | China | 11:18am | econ | direct | 1 | .32 |
| 5 | Apr 17 | 868322103935 | China | 11:19am | econ | direct | 1 | .32 |
| 6 | Apr 17 | 868322114823 | China | 11:20am | econ | direct | 35 | 11.20 |
| 7 | Apr 20 | 868322114823 | China | 1:13pm | econ | direct | 36 | 11.52 |
| 8 | Apr 22 | 868322114823 | China | 12:46pm | econ | direct | 67 | 21.44 |
| 9 | Apr 22 | 861398527373 | China | 4:06pm | econ | direct | 14 | 4.48 |
| 10 | Apr 24 | 868322103935 | China | 11:33am | econ | direct | 1 | .32 |
| 11 | Apr 25 | 868322114823 | China | 12:33pm | econ | direct | 22 | 7.04 |
| 12 | Apr 29 | 868322114823 | China | 9:09am | econ | direct | 5 | 1.60 |
| 13 | Apr 29 | 868322103935 | China | 9:27am | econ | direct | 2 | .64 |
| 14 | Apr 29 | 868322103935 | China | 9:30am | econ | direct | 1 | .32 |
| 15 | Apr 29 | 868322114823 | China | 4:20pm | econ | direct | 10 | 3.20 |
| 16 | Apr 29 | 868322114823 | China | 10:16pm | econ | direct | 3 | .96 |
| 17 | May 1 | 868322103935 | China | 5:18pm | econ | direct | 1 | .32 |
| 18 | May 2 | 868322114823 | China | 5:58pm | econ | direct | 2 | .64 |
| 19 | May 2 | 868322114823 | China | 5:59pm | econ | direct | 11 | 3.52 |
| 20 | May 4 | 868322103935 | China | 12:58am | econ | direct | 5 | 1.60 |
| 21 | May 4 | 86285416282 | China | 1:11am | econ | direct | 1 | .32 |
| 22 | May 4 | 86285416282 | China | 1:12am | econ | direct | 1 | .32 |
| 23 | May 4 | 868322103935 | China | 6:18am | econ | direct | 21 | 6.72 |
| 24 | May 6 | 868322103935 | China | 10:40pm | econ | direct | 21 | 6.72 |

Total international calls — 306 — $97.92
Total plan calls for 616 321-0084 — 306 — $97.92 — $99.82

Calls from 616 321-0889

**AT&T One Rate® International Plan calls**
International calls
Direct dialed calls

|   | Date | Number called | Where | Time | Rate | Type | Min | Amount after savings |
|---|------|---------------|-------|------|------|------|-----|----------------------|
| 25 | Apr 29 | 868322103935 | China | 9:33am | econ | direct | 1 | .32 |
| 26 | Apr 29 | 868322103935 | China | 9:34am | econ | direct | 3 | .96 |
| 27 | Apr 29 | 868322103935 | China | 9:38am | econ | direct | 3 | .96 |
| 28 | Apr 29 | 868322103935 | China | 11:25am | econ | direct | 2 | .64 |
| 29 | Apr 29 | 868322103935 | China | 11:30am | econ | direct | 3 | .96 |
| 30 | Apr 29 | 868322114823 | China | 3:20pm | econ | direct | 11 | 3.52 |

https://www.customerservice.att.com/restricted/bill_review/billprint.jhtml?billdate=20010512    7/23/01

8. The statements of KOZMINSKE and BURKE were documented in the Kalamazoo County Sheriff's Department Complaint Report Complaint # 01-10035 (Exhibit #1) that was used by PROSECUTING ATTORNEY JAMES GREGART to give the official conclusion of "justifiable homicide" towards Xianqing Cao's rights to life and the plaintiffs' other civil rights.

Further, your Affiant sayeth not.

_Jane Z. Cao_
JANE Z. CAO
7192 Bridlewood Circle
Portage, Michigan 49024, USA
(269) 321-0084

Subscribed and sworn to before me this 8th day of September, 2003.

_____, Notary Public

Kalamazoo County, Michigan.

My commission expires:

DAWN HEITKAMP
Notary Public, St. Joseph County, MI
My Commission Expires May 18, 2006

ACTING IN KALAMAZOO COUNTY

5