

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE Z. CAO, | ) |
| Plaintiff, | ) Case Number 1:03-CV-289 |
| v. | ) |
| UNITED STATES SECRET SERVICE, et al., | ) Honorable Robert Holmes Bell |
| Defendants. | ) |

## DECLARATION OF CARLTON D. SPRIGGS
## DEPUTY DIRECTOR, UNITED STATES SECRET SERVICE

I, Carlton D. Spriggs, hereby make the following declaration:

1. I am the Deputy Director of the United States Secret Service (hereinafter Secret Service), Department of Homeland Security (DHS). I have held this position since February 2, 2002.

2. Under my direction, the records of the Secret Service have been searched for any and all files indexed under the name "Jane Cao" or "Jane Z. Cao" in the Secret Service's Master Central Index (MCI).

3. The MCI system is an on-line computer system used by all Secret Service field offices, resident offices, resident agencies, protective divisions, and headquarters divisions for a variety of applications. The MCI provides a system of record keeping of information for cases and subjects of record in investigative, protective, and administrative files maintained by the Secret Service. Individuals on whom the Secret Service maintains records are indexed when possible on MCI by name, social security number, and/or date of birth. Date of birth and social

security number information are used to supplement and confirm any files found on the MCI system.

4.  If Jane Cao or Jane Z. Cao ever filed an administrative claim (Standard Form 95 or equivalent) with the Secret Service claiming damages with respect to the allegations contained in her complaint in this case, an official file should have been created and that file number would be identifiable in the MCI system.

5.  The Secret Service's MCI search for records concerning "Jane Cao" or "Jane Z. Cao" produced no records.

6.  It is my belief, therefore, that Jane Cao or Jane Z. Cao has not filed an administrative claim with the Secret Service with respect to any of the allegations contained in her complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

___8/25/03___  
Date

___Carlton D. Spriggs___  
Carlton D. Spriggs  
Deputy Director  
United States Secret Service