No. 04-1559

**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JUN 2 2 2004

**LEONARD GREEN, Clerk**

| | |
|---|---|
| JANE Z. CAO, as Personal Representative of the Estate of Xianqing Cao, deceased, ) ) ) | |
| Plaintiff-Appellant, ) ) | |
| v. ) | O R D E R |
| UNITED STATES SECRET SERVICE; et al., ) ) | |
| Defendants-Appellees. ) | |

03-cv-289

Before: NORRIS, GILMAN, and ROGERS, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

A review of the documents before the court indicates that the plaintiff filed a civil rights action against numerous defendants. By opinion and order entered March 22, 2004, the district court judge dismissed several of the defendants. The plaintiff appealed on April 20, 2004 from the opinion and order partially dismissing the case. Meanwhile, the case is proceeding in the district court against the remaining defendants.

This court lacks jurisdiction over this appeal. The opinion and order appealed disposed of fewer than all the claims or parties involved in this action and did not contain a Fed. R. Civ. P. 54(b) certification. *See Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 742-45 (1976); *Solomon v. Aetna*

*Life Ins. Co.*, 782 F.2d 58, 59-60 (6th Cir. 1986). The final decision of the district court has not been entered during the pendency of this appeal; therefore, this court lacks jurisdiction. *See Gillis v. United States Dep't of HHS*, 759 F.2d 565, 569 (6th Cir. 1985).

It is ordered that the appeal is dismissed.

ENTERED BY ORDER OF THE COURT

_____
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk